UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERT SCOTT INGRAM,

                 Petitioner,

v.

STATE OF WASHINGTON, *et al.*,

                 Respondents.

Case No. C19-2025-RAJ

ORDER DISMISSING FEDERAL HABEAS ACTION

    The Court, having reviewed petitioner's petition for writ of habeas corpus, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, any objections thereto, and the remaining record, hereby finds and ORDERS:

    (1)    The Report and Recommendation is approved and adopted;

    (2)    Petitioner's petition for writ of habeas corpus (Dkt. 4-1), and this action, are DISMISSED;

    (3)    Petitioner's application to proceed with this action *in forma pauperis* (Dkt. 4) is DENIED as moot; and

ORDER DISMISSING FEDERAL
HABEAS ACTION - 1

(4) The Clerk is directed to send copies of this Order to petitioner and to the Honorable Mary Alice Theiler.

DATED this 28th day of February, 2020.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER DISMISSING FEDERAL
HABEAS ACTION - 2